

USAO No. 1999Z00846

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| Plaintiff, | * | NO. 00-0081 |
| v. | * | SECTION: "R" (2) |
| MARIE COLAR | * | |
| Defendant. | * | |
| * * * | | |

### CONSENT JUDGMENT

Plaintiff United States of America and the defendant, Marie Colar, having entered into, executed and filed into this record a Stipulation for Consent Judgment, it is hereby:

ORDERED, ADJUDGED and DECREED that Judgment of Consent be entered in this proceeding in favor of the United States of America and against Marie Colar, in the amount of $4,678.92, plus interest accruing on $2,803.80 at the rate of 8 percent per annum or at the daily rate of $0.61 from November 17, 1999, to date of judgment, and interest from date of judgment until paid in full at the Treasury bill rate, 28 U.S.C. § 1961; and the costs of this proceeding.

DATE OF ENTRY FEB 1 5 2000



New Orleans, Louisiana, this 14th day of February 2000.

*Sarah Vance*
UNITED STATES DISTRICT JUDGE

APPROVED:

*Eneid A. Francis*
ENEID A. FRANCIS (5816)
Assistant United States Attorney
Hale Boggs Federal Building
501 Magazine Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3060

*Marie Colar*
MARIE COLAR
Defendant