```
                    FILED
              U.S. DISTRICT COURT
             EASTERN DISTRICT OF LA

              2001 AUG 31  PM 12: 03

              LORETTA G. WHYTE
                    CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0081 |
| MARIE COLAR | * | SECTION: "R" (2) |

\* \* \*

## CERTIFICATION OF SERVICE
## OF DOCUMENTS ON JUDGMENT DEBTOR

The United States of America hereby certifies that a copy of the Requisition For Offset was sent to the judgment debtor, Marie Colar, at 829 Mazant Street, New Orleans, Louisiana 70117, and to the U. S. Postal Service, Personnel Services, 701 Loyola Avenue, T-2009, New Orleans, LA 70112, by first class mail on this 31st day of August, 2001.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
ENEID A. FRANCIS (5816)
Assistant United States Attorney
Hale Boggs Federal Building
501 Magazine Street, Second Floor
New Orleans, LA 70130
Telephone: (504) 680-3060

```
___ Fee_____
___ Process_____
X   Dktd   OLD
___ CtRmDep_____
___ Doc.No._____
```

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served upon the defendant, Marie Colar, 829 Mazant Street, New Orleans, LA 70117, by first-class mail, postage prepaid this 31st day of August, 2001.

                                      Eneid A. Francis
                                      Assistant United States Attorney