FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 AUG 13 AM 10: 23

LORETTA G. WHYTE
CLERK

USA No. 1999Z00846

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| **v.** | * | **NO. 00-0081** |
| **MARIE COLAR** | * | **SECTION: "R" (2)** |

\* \* \*

### MOTION TO EXAMINE JUDGMENT DEBTOR

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America, which respectfully represents:

I.

The United States of America is a judgment creditor of Marie Colar, defendant, in the sum of $4,678.92, plus interest accruing on $2,803.80 at the rate of 8 percent per annum or at the daily rate of $0.61 from November 17, 1999, to date of judgment, and interest from date of judgment until paid in full at the Treasury bill rate, 28 U.S.C. § 1961; and costs of this proceeding. As of this date, the outstanding balance is $5,348.23.

DATE OF ENTRY
AUG 1 4 2002

Fee
Process
X Dkt d
CtRmDep
Doc. No.

II.

The United States of America desires to examine Marie Colar pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. § 3001, *et seq.*, Rule 69, Federal Rules of Civil Procedure, and Articles 2451-2456, Louisiana Code of Civil Procedure, about all matters pertaining to her estate or property.

WHEREFORE, the United States of America moves that it be permitted to examine Marie Colar, judgment debtor, at the time and place to be fixed by the court.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

ENEID A. FRANCIS
Assistant United States Attorney
Bar Roll No. 5816
Hale Boggs Federal Building
501 Magazine Street, Second Floor
New Orleans, Louisiana  70130
Telephone:  (504) 680-3060

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| **v.** | * | **NO. 00-0081** |
| **MARIE COLAR** | * | **SECTION: "R" (2)** |

\* \* \*

## O R D E R

IT IS ORDERED that Marie Colar appear before Magistrate Judge Louis Moore, Jr., on the ___11th___ day of ___September___, 2002, at 11:00 a.m., in the Hale Boggs Federal Building, Room No. B-407, 501 Magazine Street to be examined as a judgment debtor.

FAILURE TO APPEAR MAY SUBJECT JUDGMENT DEBTOR TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT.

New Orleans, Louisiana, this ___14th___ day of ___August___, 2002.

_____
UNITED STATES MAGISTRATE JUDGE