CL



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 SEP 12 AM 11: 28

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**MOORE, M.J.**
**September 11, 2002**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| **VERSUS** | * | NO: 00-0081 |
| **MARIE COLAR** | * | SECTION: "R" |

### HEARING ON MOTIONS

APPEARANCE(S):   Ms. Kandace Zelaya, Assistant United States Attorney for the Government

Marie Colar, In Proper Person

MOTION(S):

(1)   MOTION TO EXAMINE JUDGMENT DEBTOR

### ORDERED

The judgment debtor was sworn before the court. Thereafter, Ms. Colar was ordered to appear before the Assistant U.S. Attorney or members of her staff to conduct the judgment debtor examination. Subsequently, Ms. Joan Holub, Paralegal Specialist from the U. S. Attorney's Office informed the court that the judgment debtor examination has been **SATISFIED**.

LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

DATE OF ENTRY
SEP 1 2 2002

Fee
Process
Dktd USO
CtRmDep
Doc. No 10